**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-21805-BLOOM/Elfenbein**

FLORA PAZOS,

    Plaintiff,

v.

DIL MIL INC.,
d/b/a EURODATE.COM,

    Defendant.

_____/

**ORDER STAYING CASE PENDING ARBITRATION**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Stay Proceedings Pending Arbitration, ECF No. [16], filed on May 16, 2025. Therein, the parties state that they have reached an agreement "that Plaintiff's claims must be resolved in arbitration on an individual basis." *Id.* at 1. In light of the parties' agreement and pursuant to 9 U.S.C. § 3, the Court agrees that this action must be stayed pending completion of arbitration.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED** pending resolution of arbitration.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any party may move to reopen the case at the appropriate time.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 25-cv-21805-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 16, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record